IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| James Reginald Dailey-Bey | * | Case No. 14-23560 |
| | | (Chapter 7) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REOPEN CHAPTER 7 CASE

James Reginald Dailey-Bey ("Debtor"), hereby moves to reopen this bankruptcy case as follows:

1. The Debtor filed this Chapter 7 petition on August 8, 2014 ("Petition Date").

2. Joseph J. Bellinger ("Trustee") was appointed Chapter 7 Trustee on August 29, 2014.

3. The Trustee filed his Trustee's Report of No Distribution on October 6, 2014. The Final Decree closing this case was entered on April 3, 2015.

4. Debtor seeks permission of this Court to reopen the Chapter 7 case to accord him relief, which Debtor did not obtain in his bankruptcy case.  Debtor was entitled to the relief requested, as described more fully below, had the matter been presented for determination.

5. The United States Bankruptcy Code, 11 U.S.C. § 350(b), provides for reopening cases "to administer assets, to accord relief to the debtor, or for other cause." 11 U.S.C. § 350(b).

6. Cause exists to reopen this case.

7. Currently, and at the time Debtor filed his Chapter 7 Petition, Debtor owned real property located at 3599 Waterwheel Square Randallstown, Maryland 21133 (the "Property").

8. The Property was listed on Schedule A with an aggregate fair market value of $152,700.00 as of the Petition date.

9. A secured claim against the Property in favor of Nationstar Mortgage, LLC

("Nationstar") was listed on Schedule D with a claim amount of $158,134.34 encumbering the Property as of the Petition date. Accordingly, as the Properties were fully encumbered the liens in favor of Nationstar, the Trustee asked the Court to close this Chapter 7 case without administering the Property.

10. In addition, an unsecured nonpriority claim in favor of Paramount Insurance ("Paramount") was listed on Schedule F with a claim amount of $10,203.00 against the Debtor, resulting from an affidavit judgment entered by the District Court of Maryland for Baltimore County on June 26, 2014 in case number 080400136252013 (the "Judgment").

11. After this bankruptcy case was closed, the Debtor discovered that the Judgment constitutes a lien upon the Property ("the Judgment Lien"). The Judgment Lien impaired Debtor's exemption rights. However, the Debtor took no action in the bankruptcy case to avoid the Judgment Lien.

12. Debtor seeks an order reopening his bankruptcy case to permit Debtor to amend Schedule D to add Paramount as creditor holding a secured claim against the Property, amend Debtor's Schedule C exemptions relating to the Property, and file an action seeking avoidance of the Judgment Lien or obtain other relief. If the Judgment Lien upon the Property remains, the Debtor's fresh start, which he received during the initial bankruptcy case, will be impaired.

13. The Debtor will also seek to avoid any other lien impairing his allowed exemptions and to take any other action necessary to avail himself of all the benefits provided under Chapter 7 of the Bankruptcy Code.

WHEREFORE, James Dailey-Bey requests that this honorable Court enter an Order:

A. Reopening this Chapter 7 case; and

B. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Ronald J. Drescher*
Ronald J. Drescher, Bar No. 08712
4 Reservoir Circle, Suite 107
Baltimore, MD 21208
(410) 484-9000
Fax : (410) 484-8120
Counsel for Debtor
rondrescher@drescherlaw.com

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 24th day of May, 2016, I caused a copy of the foregoing document to be mailed, postage prepaid, to:

Paramount Insurance Company
c/o Marshall V. Grier
102 w. Pennsylvania Avenue, #302
Towson, MD 21204-4543

Nationstar Mortgage, LLC
PO Box 619096
Dallas TX, 75261-9096

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Joseph J. Bellinger, Trustee
Offit Kurman
300 E. Lombard Street
Suite 2010
Baltimore, MD 21202

/s/*Ronald J. Drescher*
Ronald J. Drescher

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                  *

James Reginald Dailey-Bey               *        Case No. 14-23560
                                                 (Chapter 7)
    Debtor.                            *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

ORDER GRANTING MOTION TO REOPEN CHAPTER 7 CASE

Upon consideration of the Motion of James Dailey-Bey to reopen this Chapter 7 bankruptcy case (the "Motion") and any response thereto, and for good cause having been shown, it is hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that the above captioned Chapter 7 case be, and it is hereby reopened for all purposes, including but not limited to, amending Schedule D to add Paramount Insurance Company as creditor holding a secured claim against Debtor's real property located at 3599 Waterwheel Square Randallstown, Maryland 21133 (the "Property"), amending Debtor's exemptions related to the Property, and Debtor's challenge of liens impairing the Property. The Clerk shall issue the requisite notices.

cc:


Ronald J. Drescher
4 Reservoir Circle, Suite 107
Baltimore, MD 21208

Paramount Insurance Company
c/o Marshall V. Grier
102 w. Pennsylvania Avenue, #302
Towson, MD 21204-4543

Nationstar Mortgage, LLC
PO Box 619096
Dallas TX, 75261-9096

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Joseph J. Bellinger, Trustee
Offit Kurman
300 E. Lombard Street
Suite 2010
Baltimore, MD 21202

**End of Order**